Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for Navient Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NOLAN CHAN, | ) Case No.: |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF REMOVAL OF ACTION ) UNDER 28 U.S.C. § 1441(a) ) [FEDERAL QUESTION] |
| NAVIENT SOLUTIONS, INC., | ) |
| Defendant. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Navient Solutions, Inc. ("NSI") hereby removes to this Court the state court action described below.

1.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Credit Reporting Act, 15 U.S.C. §1681, *et. seq.*

2.  On or about January 4, 2016 the action was commenced in the Superior Court of the State of California, County of Orange, entitled, *Nolan Chan v. Navient Solutions, Inc.*, Case No. 30-2015-00828084-CL-NP-CJC (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A. A copy of Defendant's Answer to the Complaint is attached hereto as Exhibit B.

3.  The date upon which NSI first received a copy of the said Complaint was January 22, 2016, when NSI's agent for service of process was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), NSI has timely filed this Notice of Removal.

4.  A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5.  The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

///

///

6.      Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 2/22/16                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/Debbie P. Kirkpatrick*
                                  Debbie P. Kirkpatrick
                                  Attorney for Defendant
                                  Navient Solutions, Inc.

CASE NAME: Nolan Chan v. Navient Solutions, Inc.
CASE NO:

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

( x )   BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(  )   BY FEDERAL EXPRESS DELIVERY

    I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(  )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

    I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Todd Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 22, 2016

_____
Ann M. Coito